Richard A. Jacobsen (RJ5136)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

Gabriel M. Ramsey
(admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Attorneys for Plaintiffs
MICROSOFT CORPORATION,
FS-ISAC, INC. and NATIONAL AUTOMATED
CLEARING HOUSE ASSOCIATION

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICROSOFT CORP., FS-ISAC, INC., and NATIONAL AUTOMATED CLEARING HOUSE ASSOCIATION,<br><br>Plaintiffs<br>v.<br><br>JOHN DOES 1-39 D/B/A Slavik, Monstr, IOO, Nu11, nvidiag, zebra7753, lexa_Mef, gss, iceIX, Harderman, Gribodemon, Aqua, aquaSecond, it, percent, cp01, hct, xman, Pepsi, miami, miamibc, petr0vich, Mr. ICQ, Tank, tankist, Kusunagi, Noname, Lucky, Bashorg, Indep, Mask, Enx, Benny, Bentley, Denis Lubimov, MaDaGaSka, Vkontake, rfcid, parik, reronic, Daniel, bx1, Daniel Hamza, Danielbx1, jah, Jonni, jtk, Veggi Roma, D frank, duo, Admin2010, h4x0rdz, Donsft, mary.J555, susanneon, kainehabe, virus_e_2003, spaishp, sere.bro, muddem, mechan1zm, vlad.dimitrov, jheto2002, sector.exploits AND JabberZeus Crew CONTROLLING COMPUTER BOTNETS THEREBY INJURING PLAINTIFFS, AND THEIR CUSTOMERS AND MEMBERS,<br><br>Defendants. | Hon. Sterling Johnson, Jr.<br><br>Case No. 12-cv-01335 (SJ/RLM) |



[PROPOSED] ORDER GRANTING MOTION FOR
EXPEDITED DISCOVERY TO IDENTIFY DOE DEFENDANTS

1

Plaintiffs' Motion for Expedited Discovery to Identify Doe Defendants is hereby GRANTED.

Plaintiffs shall have until June 29, 2012, to conduct the discovery as reasonably necessary to identify and effect service of the summons and complaint on the Doe Defendants, including issuing subpoenas to, and conducting depositions of, third-party website hosting companies, domain name registrars, Internet service providers, banks, electronic payment processors and other similar entities. Additionally, Plaintiffs have leave to inspect the contents of the server hard-drives seized pursuant to this Court's March 19, 2012 TRO and seizure order.

A status ~~conference will be held on~~ report must be filed by June 29, 2012 ~~at 9:30 a.m.~~

ORDERED this ___ day of April, 2012.

*SO ORDERED:*
/s/
*Roanne L. Mann*
*U.S. Magistrate Judge*
Dated: 4/4/12

Honorable Sterling Johnson, Jr.
UNITED STATES DISTRICT JUDGE

2